**THIS ORDER IS SIGNED AND ENTERED.**

Dated: August 22, 2016

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
_____

In Re: Steven R Lisse                                Bankruptcy No. 16-10935-13

_____

ORDER OF DISMISSAL
_____

   The Court having reviewed the file finds that no Plan meeting the requirements of Chapter 13 of Title 11, United States Code has been presented: and further finding that no cause has been shown why this case should not be dismissed;

   IT IS THEREFORE ORDERED that this case be and the same is hereby dismissed under USC 1307 (c) without prejudice for want of prosecution, or because no Plan has been confirmed.

   IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing. Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###