IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN ROBERT LISSE,

         Debtor-Appellant,

v.

HSBC BANK USA, NATIONAL ASSOCIATION
FOR THE BENFIT OF ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST, SERIES 2006-NC3,
ASSET BACKED PASS-THROUGH CERTIFICATES,

         Creditor-Appellee.

ORDER

16-cv-617-wmc

      The court is in receipt of appellant's motion to dismiss his bankruptcy appeal (dkt. #48), which is GRANTED with prejudice and statutory costs. In addition, appellant's motion states disingenuously in defense of his filing a notice of appeal in the first place that "since the confirmation hearing additional facts . . . have become known to Appellant that give every indication that Appellee committed fraud in the state court and in the bankruptcy court." (Dkt. #48 at 1-2.) In fact, appellant and his wife raised this so-called "fraud" issue in state court at a motion hearing on March 13, 2015. (*See In re Lisse*, No. 16-bk-12556-cjf (Bankr. W.D. Wis.) Dkt. #74 at 28-32).) Moreover, the bankruptcy order from which appellant purported to appeal was issued on August 22, 2016.

      Because this is the latest in a pattern of sharp practice by Attorney Nora (*see* dkt. #42 at 1-2), appellant's counsel has twenty-one (21) days to provide a written response to this ORDER TO SHOW CAUSE why she should not be sanctioned for her frivolous, or at best vexatious, appeal, including referring her conduct to the Wisconsin Supreme Court's Office of Lawyer Regulation and barring her from appearing in any new matter before the

courts of this district.

    Entered this 22nd day of January, 2018.

                                    BY THE COURT:

                                    /s/
                                  _____
                                  WILLIAM M. CONLEY
                                  District Judge