IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE: DISCIPLINE OF ATTORNEY WENDY ALISON NORA

ORDER

---

In case no. 16-cv-617, a hearing on Judge Conley's order to show cause, Dkt. 49, was held before a panel of three active judges of this court to consider the revocation of Attorney Wendy Alison Nora's privilege of appearing in this court in future matters. On March 20, 2018, Judge Conley issued an order—endorsed by the three judges on the panel—sanctioning Attorney Nora with a fine in the amount of $2,500 and suspending her from practice in the Western District of Wisconsin for a period of six months. These penalties were ordered stayed unless she submits a further sanctionable filing. Dkt. 88.

On March 30, 2018, the Supreme Court of Wisconsin issued a final decision in a disciplinary proceeding against Attorney Nora. *In the Matter of Disciplinary Proceedings Against Wendy Alison Nora, Attorney at Law*, No. 2013AP653-D, 2018 WI 23. The Supreme Court affirmed the referee's finding of four counts of misconduct arising, in part, from her conduct in the United States District Court for the Western District of Wisconsin, and it suspended Attorney Nora's law license for one year, effective April 30, 2018. Attorney Nora's reinstatement to practice in Wisconsin after the suspension is not automatic, but is conditioned on her demonstrating that she can conform her conduct to the ethical rules that govern the practice of law.

Pursuant to this court's Local Rule 1.E.1, the discipline imposed by the Wisconsin Supreme Court is automatically effective in this court. Pursuant to Local Rule 1.E.2,

Attorney Nora may petition the Chief Judge of this court for modification or vacation of the discipline as applied in this court.

IT IS HEREBY ORDERED that Attorney Nora is suspended from practice in this court, effective April 30, 2018, until her license to practice law in Wisconsin is restored, or until she successfully petitions the Chief Judge to modify or vacate this order.

IT IS FURTHER ORDERED that the court's order of March 20, 2018, shall continue in effect following any reinstatement of Attorney Nora's right to practice before this court.

Entered April 13, 2018.

BY THE COURT:

JAMES D. PETERSON
Chief District Judge