UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Steven Robert Lisse                              Case Number: 3:16-cv-00617-wmc
    Debtor-Appellant
v.

HSBC Bank USA, National Association for the Benefit
of ACE Securities Corp. Home Equity Loan Trust, Series
2006-NC3, Asset Backed Pass-Through Certificates,
    Claimant-Appellee

---

NOTICE OF APPEAL TO UNITED STATES COURT
OF APPEALS FOR THE SEVENTH CIRCUIT

---

**PLEASE TAKE NOTICE** that Wendy Alison Nora (Nora) appeals to the United States Court of Appeals for the Seventh Circuit from the Order of March 22, 2018 entered by the Honorable William M. Conley, awarding sanctions against Nora and her former client, Steven Robert Lisse (Lisse), for their conduct in Mr. Lisse's appeal from the use of a forged document purporting to be the "original Note" made payable to New Century Mortgage Corporation by Mr. Lisse and his spouse on June 28, 2005 which was conclusively determined to be a forgery beyond any reasonable doubt upon the initial and subsequent electronic examination of the document by qualified forensic document examiner immediately following its proffer as evidence of the standing of the purported Claimant in Mr. Lisse's individual Chapter 13 Case.

    The parties to the judgment order appealed from are and their respective attorneys are set forth below:

1. Steven Robert Lisse, Appellant in the originating case and jointly and severally liable with Nora under the March 22, 2018 Order from which this appeal is taken
now represented by

Attorney Reed Peterson
Reed Peterson & Associates, LLC
6441 Enterprise Lane, Suite 104
Madison, Wisconsin 53719
VOICE: (608) 276-1000
reed@reedpeterson.com

2. Select Portfolio Servicing, Inc., Real Party in Interest in the originating case, concealing its identity behind the names of

HSBC Bank USA, N.A. for the Benefit of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates

and

HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates
represented by

Attorney Kenneth W. Bach
Johnson Blumberg & Associates, LLC
230 W Monroe Street, Suite 1125
Chicago, Illinois 60606
VOICE: (312) 541-9710 x 106
FAX (312) 541-9711
kennethb@johnsonblumberg.com

Dated at Minneapolis, Minnesota this 19th day of April, 2018.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
Facsimile: (612) 203-3170
E-mail: accesslegalservices@gmail.com
Minnesota Bar #0165906

**CERTIFICATE OF SERVICE**

I hereby certify that on I caused the foregoing Notice of Appeal to be filed with the Clerk of the United States District Court for the Western District of Wisconsin using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties capable of receiving CM/ECF service in these proceedings on April 19, 2018.

*/s/ Wendy Alison Nora*
_____
Wendy Alison Nora